UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISIDRO BARICUATRO, ET AL. | CIVIL ACTION |
| VERSUS | NO. 11-2777 |
| INDUSTRIAL PERSONNEL AND<br>MANAGEMENT SERVICES, INC., ET AL. | SECTION "N" (2) |

# **O R D E R**

      Before the Court is Plaintiffs' Emergency Motion for Injunctive Relief under Federal Rule of Civil Procedure 23(d) and/or for Entry of a Protective Order under Federal Rule of Civil Procedure 26(c) (Rec. Doc. 63). Based on the submissions of the parties, including the Opposition filed by Defendants DNR-Offshore and Crewing Services, Inc., Industrial Personnel and Management Services, Inc., and Nilfil Peralta (Rec. Doc. 71),

      IT IS ORDERED that the motion is GRANTED. The Defendants shall comply with the following injunction terms:

      1.    Defendants, their employees, and agents are prohibited from further communicating with Plaintiffs and Plaintiffs' family members. Because Plaintiffs are no longer employed by Defendants, there is no legitimate reason for Defendants

to communicate with them, except through their counsel.

2. Defendants retain the ability to communicate with other putative class members regarding matters **unrelated** to the current action.

3. Nothing in this Order limits Defendants' communications made through formal discovery.

IT IS FURTHER ORDERED that any request for documentation related to Defendant's communications with Plaintiffs and putative class members should be made through discovery.  Any disputes related to such requests should be addressed by a properly filed and noticed motion brought before the assigned Magistrate Judge.

IT IS FURTHER ORDERED that Defendants are reserved the right to modify or vacate this Order at any time by means of a properly filed and noticed motion.

New Orleans, Louisiana, this 18th day of June, 2012.

                                      **KURT D. ENGELHARDT**
                                      **United States District Judge**