UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISIDRO BARICUATRO, ET AL. | CIVIL ACTION |
| VERSUS | NO. 11-2777 |
| INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC., ET AL. | SECTION "N" (2) |

# **O R D E R**

Considering Defendant's Motion to Expedite Hearing on Defendants' Motion to Vacate/Dissolve Preliminary Injunction (Rec. Doc. 90),

**IT IS ORDERED** that the motion is **GRANTED**. The Court will hear oral argument on Defendants' Motion to Vacate/Dissolve Preliminary Injunction (Rec. Doc. 88) on **Thursday, July 19, 2012 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the submission date on Defendants' Motion for Protective Order Prohibiting Plaintiffs' Counsel from Soliciting Putative Class Members to Join this Matter, Except by Means of Court-Approved Notice (Rec. Doc. 93) is **RESCHEDULED** for **Thursday, July 19, 2012 at 9:00 a.m.** The Court will hear oral argument on this motion at that time.

Counsel are instructed to advise the Court by **Friday, July 13, 2012 at 9:00 a.m.** whether an evidentiary hearing will be necessary for the determination of these motions.

New Orleans, Louisiana, this 12th day of July, 2012.

                                                    **KURT D. ENGELHARDT**
                                                    **United States District Judge**