IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISIDRO BARICUATRO, JR., BONIFACIO CARREON, JOEL FRANCO, SAXON GANNOD, FERDINAND D. GARCIA, WELSON GOROM, RODELIO MALIGO, ADRIAN PAYAGAN, ERWIN A. REALIN, JOSUE RABADAN, MARCELO RELOTA, ROSELLER MANUEL, ARMANDO CHUMACERA, ROGELIO CALAGOS, ALBERTO ARCILLA, BUTCH ERA PEREZ, DANIEL ACIERTO, RICARDO RAMOS, RANEL LAMOSTE, and EDUARDO REAL, individually and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC., D&R RESOURCES, LLC, GRAND ISLE SHIPYARD, DANILO N. DAYAO, RANDOLPH F. NUNEZ MALAGAPO, PACIFIC OCEAN MANNING, INC., V MANPOWER PHILIPPINES, INC., f/k/a V PEOPLE MANPOWER PHILIPPINES, INC., THUNDER ENTERPRISES, INC., DNR-OFFSHORE AND CREWING SERVICES, INC., NILFIL PERALTA, and MARK PREGEANT, <br><br> Defendants. | **CLASS ACTION/COLLECTIVE ACTION** <br><br> Civil Action No.: 2:11-cv-02777-KDE-JCW <br><br> **PLAINTIFFS' MOTION TO PROCEED AS A COLLECTIVE ACTION AND FACILITATE NOTICE UNDER 29 U.S.C. § 216(b)** <br><br> District Judge Section "N":   Judge Kurt D. Engelhardt <br><br> Mag. Judge Division 2:   Mag. Judge Joseph C. Wilkinson, Jr. |

_____

**PLAINTIFFS' MOTION TO PROCEED AS A COLLECTIVE ACTION AND
FACILITATE NOTICE UNDER 29 U.S.C. § 216(b)**

Plaintiffs,[1] on behalf of themselves and all other similarly situated individuals,

_____

[1] The term "Plaintiffs" as used herein refers to all named Plaintiffs and all other individuals

respectfully submit this Motion to Proceed as a Collective Action and Facilitate Notice Under 29 U.S.C. § 216(b). Plaintiffs specifically request that the Court enter an order conditionally certifying the following class of similarly situated individuals:

> All individuals who are currently employed, or formerly have been employed by Defendants in the United States, under E-2 and/or B-1/OCS visas, since November 8, 2008 (the "Nationwide Collective").

As set forth in the Memorandum submitted herewith, the allegations contained in Plaintiffs' pleadings and the declarations of individual Plaintiffs establish that Plaintiffs are sufficiently "similarly situated" to warrant conditional certification of the Nationwide Collective. In particular, this evidence shows that Defendants maintained a set of policies and practices common to all Plaintiffs and potential members of the Nationwide Collective which violate the provisions of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*. ("FLSA"). Defendants' common policies and practices include, *inter alia*:

- Refusing to pay Plaintiffs and other similarly situated workers all of the wages and/or overtime compensation owed to them for all of the hours they worked. 29 U.S.C. § 207.

- Automatically deducting unreasonable and exorbitant expenses from Plaintiffs' wages, despite Defendants' prior assurances that lodging and living expenses would be provided free of charge or at a negligible expense. 29 U.S.C. § 203(m); 29 C.F.R. §§ 531.3, 531.35.

- Automatically deducting from Plaintiffs' and other similarly situated workers' wages the alleged cost of work-related tools and equipment, even though

---

who have opted in to this collective action.

> Defendants required their workers to maintain such tools and equipment for Defendants' own benefit. 29 C.F.R. §§ 531.32(c), 531.3(d), 531.35.

- Failing to pay Plaintiffs the federally mandated minimum wage rate as a result of Defendants' unlawful deduction policies. 29 U.S.C. § 206.

Because Defendants' unlawful policies and practices apply to all Plaintiffs and potential members of the Nationwide Collective, and because these policies and practices similarly affect each Plaintiff and potential member of the Nationwide Collective, Plaintiffs respectfully contend that conditional certification of the proposed Nationwide Collective is appropriate pursuant to 29 U.S.C. § 216(b). Conditional certification of the proposed Nationwide Collective is particularly appropriate given the well-established lenient standard for granting conditional certification within the Fifth Circuit. *See, e.g., Mooney v. Aramco Servs. Co.,* 54 F.3d 1207, 1213-14 (5th Cir. 1995), *overruled on other grounds*, 539 U.S. 90, 123 (2003); *Lang v. DirecTV, Inc., et al.*, No. 10-1085G1, 2011 WL 6934607, at *7 (E.D. La. Dec. 30, 2011).

In addition, Plaintiffs request that the Court authorize notice of this collective action to potential members of the Nationwide Collective and approve the proposed notice and consent form submitted herewith. Early distribution of the notice is essential in FLSA collective actions because the statute of limitations on FLSA claims continues to run until potential plaintiffs affirmatively opt in to the action. *Sandoz v. Cingular Wireless LLC*, 553 F.3d 913, 916-917 (5th Cir. 2008); *Lima v. International Century Catastrophe Solutions, Inc.*, 493 F.Supp.2d 793, 798 (E.D. La. 2007). Delaying notification will cause serious prejudice to potential members of the Nationwide Collective, because each day that passes is a day of damages each potential opt

in plaintiff will be unable to recover. This consideration also weighs heavily in favor of early notification.

In summary, Plaintiffs respectfully request that the Court conditionally certify the Nationwide Collective under the Section 216(b) of the FLSA and authorize notice to allow potential members of the Nationwide Collective to opt in to preserve their rights.

Respectfully submitted,

/s/ Carolyn H. Cottrell
Todd M. Schneider (*pro hac vice*)
Carolyn H. Cottrell (*pro hac vice*)
Peter B. Schneider (*pro hac vice*)
Lee B. Szor (*pro hac vice*)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
ccottrell@schneiderwallace.com
pschneider@schneiderwallace.com
lszor@schneiderwallace.com

Joseph C. Peiffer (LA Bar No. 26459)
Loretta G. Mince (LA Bar No. 25796)
Alysson L. Mills (LA Bar No. 32904)
Jeanette A. Donnelly (LA Bar No. 33806)
FISHMAN HAYGOOD PHELPS
WALMSLEY WILLIS & SWANSON, L.L.P.
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170
Telephone: (504) 586-5252
Facsimile: (504) 586-5250
jpeiffer@fishmanhaygood.com
lmince@fishmanhaygood.com
amills@fishmanhaygood.com
jdonnelly@fishmanhaygood.com

                                                Ellaine A. Carr (*pro hac vice* pending)
                                                ELLAINE CARR & ASSOCIATES, PLLC
                                                2434 Pass Road, Suite A
                                                Biloxi, Mississippi 39531
                                                Telephone: (228) 273-4410
                                                Facsimile: (866) 929-9201
                                                ecarr@ellaineecarrlaw.com

                                                *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2012, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Carolyn H. Cottrell | ccottrell@schneiderwallace.com |
| Alan R. Davis | davis@chaffe.com |
| Larry E. Demmons | ldemmons@taggartmorton.com |
| Jae A. Donnelly | jdonnelly@fishmanhaygood.com |
| David M. Korn | kornd@phelps.com |
| Alysson L. Mills | amills@fishmanhaygood.com |
| Loretta G. Mince | lmince@fishmanhaygood.com |
| Ross M. Molina | rmolina@taggartmorton.com |
| Joseph C. Peiffer | jpeiffer@fishmanhaygood.com |
| James C. Rather, Jr. | jrather@sutton-alker.com |
| MaryJo L. Roberts | maryjo.roberts@phelps.com |
| Todd M. Schneider | tschneider@schneiderwallace.com |
| Lee B. Szor | lszor@schneiderwallace.com |
| Daniel A. Tadros | tadros@chaffe.com |
| Michael T. Tusa, Jr. | mtusa@sutton-alker.com |

I further certify that on July 25, 2012, I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Ellaine A. Carr
ELLAINE CARR & ASSOCIATES, PLLC
2434 Pass Road, Suite A
Biloxi, MS  39531

Seth A. Nichamoff
NICHAMOFF & KING, P.C.
2444 Times Boulevard, Suite 270
Houston, TX  77005

Peter B. Schneider
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
3700 Buffalo Speedway
Houston, TX  77098

Dated:  July 25, 2012              /s/ Carolyn H. Cottrell
                                                            Carolyn H. Cottrell (*pro hac vice*)
                                                            SCHNEIDER WALLACE
                                                            COTTRELL BRAYTON KONECKY LLP
                                                            180 Montgomery Street, Suite 2000
                                                            San Francisco, California  94104
                                                            Telephone:  (415) 421-7100
                                                            Facsimile:  (415) 421-7105
                                                            ccottrell@schneiderwallace.com

                                                            *Attorney for Plaintiffs*