UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ISIDRO BARICUATRO, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2777** |
| **INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC., ET AL.** | **SECTION "N"** <br> **JUDGE KURT D. ENGELHARDT** |
| | **MAG. DIV. (2)** <br> **JUDGE JOSEPH C. WILKINSON, JR.** |

### MOTION FOR STAY OF <br> PLAINTIFFS' MOTION TO PROCEED AS A COLLECTIVE ACTION

NOW INTO COURT, through the undersigned counsel, come Defendants in the captioned proceeding, Grand Isle Shipyard, Inc., Thunder Enterprises, Inc., Mark Pregeant, D&R Resources, LLC, DNR Offshore and Crewing Services, Inc., Industrial Personnel Management Services, Inc., Nilfil Peralta, Randolph Malagapo, and Danilo Dayao, who, appear solely for purposes of this Motion for Stay and without waiving any objections, rights, or defenses to this action.

For the reasons more fully set forth in the attached supporting Memorandum, Defendants respectfully submit that the granting of their Motion for Stay is warranted.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    */s David M. Korn*
       DAVID M. KORN, T.A. (#21676)
       MARYJO L. ROBERTS (#30692)
       Canal Place
       365 Canal Street • Suite 2000
       New Orleans, Louisiana 70130-6534
       Telephone: (504) 566-1311
       Telecopier: (504) 568-9130
       E-mail:kornd@phelps.com
              robertsm@phelps.com

**ATTORNEYS FOR DEFENDANTS, GRAND ISLE SHIPYARD, INC., THUNDER ENTERPRISES, INC., AND MARK PREGEANT**

AND

*/s/ Michael T. Tusa, Jr.*
MICHAEL T. TUSA, JR. (#02154)
JAMES C. RATHER, JR. (#25839)
SUTTON, ALKER & RATHER, LLC
4080 Lonesome Road, Suite A
Mandeville, LA 70448
Telephone: (985) 727-7501
Telecopier: (985) 727-7505
E-mail: mtusa@sutton-alker.com
E-mail: jrather@sutton-alker.com

**ATTORNEYS FOR DEFENDANTS, DNR OFFSHORE AND CREWING SERVICES, INC., NILFIL PERALTA AND INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC.**

AND

*/s/ Larry E. Demmons*
LARRY E. DEMMONS (#24376)
TAGGART MORTON, LLC
2100 Energy Centre
11200 Poydras St., Suite 2100
New Orleans, LA 70163
Telephone: (504) 599-8500
Telecopier: (504) 599-8501
E-mail: ldemmons@taggartmorton.com

**ATTORNEYS FOR DEFENDANTS, D&R RESOURCES, LLC, RANDOLF MALAGAPO AND DANILA N. DAYAO**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

                                                  */s David M. Korn*

PD.7770431.1