UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ISIDRO BARICUATRO, ET AL                                        CIVIL ACTION

VERSUS                                                                       NO.  11-2777

INDUSTRIAL PERSONNEL AND                                  SECTION "N"  (2)
MANAGEMENT SERVICES, INC., ET AL

## O R D E R

Considering the **"Motion to Extend Deadline for Moving for Class Certification under Local Rule 23.1(B)" (Rec. Doc. 229)**, filed by plaintiffs, the defendants' memoranda in opposition thereto (Rec. Docs. 232, 238, 240, 241), the reply memorandum filed by plaintiffs (Rec. Doc. 245), and the oral comments and arguments of counsel on December 5, 2012;

**IT IS ORDERED** that:

1) Plaintiffs' motion (Rec. Doc. 229) is hereby **GRANTED IN PART** and **DENIED IN PART**, as follows;

2) Plaintiffs' deadline for filing a motion for certification under Rule 23, is hereby extended to **April 1, 2013**;

3)  Discovery related to class certification shall commence immediately, and merits discovery is hereby stayed until **March 1, 2013**;

4)  If plaintiffs retain a testifying expert in connection with the class certification motion, they shall disclose to the defendants not later than **Friday, January 4, 2013**, such expert's name, credentials, and area of expertise, and shall provide a copy of the expert report not later than **Friday, January 18, 2013**;

5)  If defendants retain a testifying expert in connection with the class certification motion, they shall disclose to the plaintiffs not later than **Friday, January 25, 2013**, such expert's name, credentials, and area of expertise, and shall provide a copy of the expert report not later than **Friday, February 22, 2013**; and

6) Given the inevitable overlap between merits discovery and discovery related to class certification, the Court expects counsel to work together and refrain from taking extreme positions in this regard.  Given the compressed schedule for class discovery, if disputes relating to this issue (*i.e.*, whether particular requested discovery relates to class certification) arise, the undersigned will encourage the United State Magistrate Judge assigned to the case to hear the dispute on an expedited basis, including by telephone conference if he deems appropriate, and to assess fees and costs if he believes a party's position to be dilatory, devoid of merit, or not made in good faith.

New Orleans, Louisiana, this 5th day of December, 2012.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE