UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISIDRO BARICUATRO, ET AL. | CIVIL ACTION |
| VERSUS | NO. 11-2777 |
| INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC., ET AL. | SECTION "N"<br>JUDGE KURT D. ENGELHARDT |
| | MAG. DIV. (2)<br>JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER

CONSIDERING THE FOREGOING;

**IT IS HEREBY ORDERED** that defendant, **DNR Offshore and Crewing Services, Inc.,** is granted leave to file the attached Memorandum in Reply to Plaintiffs' Opposition to Motion to Dismiss for Improper Venue and/or Motion to Compel Arbitration filed by Defendants V Manpower Philippines, Inc. and Pacific Ocean Manning Inc.

Thus done and signed this  7th  day of    December   , 2012, in New Orleans, Louisiana.

_____
JUDGE