UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ISIDRO BARICUATRO, JR. ET AL.                                CIVIL ACTION

VERSUS                                                       NO. 11-2777

INDUSTRIAL PERSONNEL AND                                     SECTION "N" (2)
MANAGEMENT SERVICES, INC. ET AL.

# ORDER

As ordered by Judge Engelhardt, Record Doc. No. 251, a **Settlement Conference** is set in this case on **MARCH 12, 2014 at 3:30 p.m.** before me.

New Orleans, Louisiana, this ___3rd___ day of January, 2013.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. KURT D. ENGELHARDT**