UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ISIDRO BARICUATRO, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2777** |
| **INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC., ET AL.** | **SECTION "N"**<br>**JUDGE KURT D. ENGELHARDT** |
| | **MAG. DIV. (2)**<br>**JUDGE JOSEPH C. WILKINSON, JR.** |

## MOTION FOR ENTRY OF PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, comes Defendant, Grand Isle Shipyard, Inc. ("GIS"), and appearing solely for the purpose of this motion, reserving any and all rights, motions and defenses and without waiver thereof, respectfully requests this Honorable Court to grant GIS's requested protective order pursuant to Fed. R. Civ. Proc. 26(c). The granting of this Motion for Protective Order is further warranted for the reasons set forth in the accompanying Memorandum in Support.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Alexis A. Butler*
DAVID M. KORN, T.A. (#21676)
MARYJO L. ROBERTS (#30692)
ALEXIS A BUTLER (#32376)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
E-mail:kornd@phelps.com
robertsm@phelps.com
butlerl@phelps.com

PD.8132822.1

- 2 -

                                   **ATTORNEYS FOR DEFENDANTS, GRAND ISLE SHIPYARD, INC., THUNDER ENTERPRISES, INC., AND MARK PREGEANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2013, I electronically filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

                                     */s/ Alexis A. Butler*