UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISIDRO BARICUATRO, ET AL | CIVIL ACTION |
| VERSUS | NO. 11-2777 |
| INDUSTRIAL PERSONNEL AND<br>MANAGEMENT SERVICES, INC., ET AL | SECTION "N" (2) |

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date. No memorandum in opposition to the following motion, noticed for submission on February 20, 2013, was filed:

> **"Motion for Leave to File Fourth Amended Complaint to Add Additional Parties Plaintiff Pursuant to FRCP 15, FRCP 21, and FRCP 20(a)" (Rec. Doc. 304).**

Accordingly,

**IT IS ORDERED** that the above motion is hereby **GRANTED**. With regard to the newly added plaintiffs' FLSA claims, the amendment shall not relate back to the date of the original complaint.

A motion for reconsideration of this Order, if any, must be filed within twenty-eight days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving

for reconsideration.  See FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing on the motion for reconsideration.

    New Orleans, Louisiana, this 19th day of February, 2013.

                                              _____
                                              **KURT D. ENGELHARDT**
                                              **UNITED STATES DISTRICT JUDGE**