UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISIDRO BARICUATRO, ET AL | CIVIL ACTION |
| VERSUS | NO. 11-2777 |
| INDUSTRIAL PERSONNEL AND<br>MANAGEMENT SERVICES, INC., ET AL | SECTION "N" (2) |

**O R D E R**

Considering that the protective order at issue (Rec. Doc. 119) provides that motions relative to enforcement or modification of that order shall be brought before the Magistrate Judge;

**IT IS ORDERED** that this Court's Orders dated February 22, 2013 (**Rec. Docs. 318 and 319**), are hereby **VACATED**, and defendants' motion for expedited hearing and request for oral argument **(Rec. Docs. 313 and 314)**, along with their motion to modify protective order and for sanctions **(Rec. Doc. 312)** are hereby **REFERRED** to the Magistrate Judge.

New Orleans, Louisiana, this 25th day of February, 2013.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**