UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ISIDRO BARICUATRO, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2777** |
| **INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC., ET AL.** | **SECTION "N"** <br> **JUDGE KURT D. ENGELHARDT** |
| | **MAG. DIV. (2)** <br> **JUDGE JOSEPH C. WILKINSON, JR.** |

## **ORDER**

Considering the foregoing Motion for Leave to File a Reply Memorandum in Support of Defendants' Motion to Modify Protective Order and Impose Sanctions filed by Defendants, Grand Isle Shipyard, Inc. ("GIS"), Thunder Enterprises, Inc., Mark Pregeant, II, D&R Resources, LLC, Randolph Malagapo, and Danilo N. Dayao ("Defendants"); accordingly,

IT IS HEREBY ORDERED that Defendants' Motion for Leave to File a Reply Memorandum in Support of Defendants' Motion to Modify Protective Order and Impose Sanctions be, and the same is hereby GRANTED and that Defendants, Grand Isle Shipyard, Inc. ("GIS"), Thunder Enterprises, Inc., Mark Pregeant, II, D&R Resources, LLC, Randolph Malagapo, and Danilo N. Dayao are hereby allowed to file the attached Reply Memorandum in Support of Defendants' Motion to Modify Protective Order and Impose Sanctions.

New Orleans, Louisiana, this ___12th___ day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE