IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISIDRO BARICUATRO, JR., *et al.*, individually and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC., D&R RESOURCES, LLC, GRAND ISLE SHIPYARD, DANILO N. DAYAO, RANDOLPH F. NUNEZ MALAGAPO, PACIFIC OCEAN MANNING, INC., V MANPOWER PHILIPPINES, INC., f/k/a V PEOPLE MANPOWER PHILIPPINES, INC.,, THUNDER ENTERPRISES, INC., DNR-OFFSHORE AND CREWING SERVICES, INC., NILFIL PERALTA, and MARK PREGEANT, <br><br> Defendants. | **CLASS ACTION/COLLECTIVE ACTION** <br><br> Civil Action No.: 2:11-cv-02777-KDE-JCW <br><br> **PROPOSED ORDER ON CONSENT MOTION TO MODIFY ORDER IMPOSING SANCTIONS ON PLAINTIFFS' COUNSEL** <br><br> District Judge Section "N":   Judge Kurt D. Engelhardt <br><br> Mag. Judge Division 2:   Mag. Judge Joseph C. Wilkinson, Jr. |

**ORDER**

Considering the consent motion to modify the Court's Order of March 13, 2013, granting Defendants' Motion to Modify Protective Order and Impose Sanctions, and imposing sanctions on certain named Plaintiffs and on Plaintiffs' counsel, (Rec. Doc. 351):

IT IS ORDERED that the motion is GRANTED. The Order imposing sanctions on Plaintiffs' counsel collectively is modified to impose sanctions only on the following attorneys for the Plaintiffs: Joseph C. Peiffer; Peter B. Schneider; and Ellaine A. Carr. The Court's prior March 13, 2013 Order, (Rec. Doc. 351), remains unchanged in all other respects.

New Orleans, Louisiana, this 12th day of April, 2013.

_____
United States Magistrate Judge

570091v.1