UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISIDRO BARICUATRO, JR. ET AL. | CIVIL ACTION |
| VERSUS | NO. 11-2777 |
| INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC. ET AL. | SECTION "N" (2) |

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Defendant Grand Isle Shipyard's Motion to Compel Class Certification Discovery, Record Doc. No. 380

O R D E R E D:

 XXX : DENIED.  The motion is denied as to Interrogatories Nos. 1, 4-10 and 13-17.  The responsive information provided subject to the objections is sufficient.  The motion is denied as to Interrogatories Nos. 3 and 12, and all objections are sustained. No response to the convoluted, overly complex and compound Interrogatory No. 3 will be required in advance of the filing of plaintiff's motion for class certification. In addition, both Interrogatories Nos. 3 and 12 are "contention" interrogatories of the type described in Fed. R. Civ. P. 33(a)(2), which "the court may order . . . need not be answered until . . . some other time" as the court may direct.  That other time is in plaintiffs' class certification motion papers.

The motion is denied as to Request for Production Nos. 1 and 9. Attachment of supporting materials or citation to materials referenced in No. 9 in plaintiff's class certification motion papers will be sufficient.

The motion is denied as to Request for Production Nos. 10 and 11, which exceed the scope of class certification discovery and relate principally to substantive claims.  Responses and production for these requests may be required as this action proceeds to merits discovery.

The motion is denied as to Requests for Production Nos. 3-8, 12-18.  The response is sufficient, and the objections are sustained.

New Orleans, Louisiana, this   1st   day of May, 2013.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE