UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISIDRO BARICUATRO, JR. ET AL. | CIVIL ACTION |
| VERSUS | NO. 11-2777 |
| INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC. ET AL. | SECTION "N" (2) |

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Defendants' Motion for Taxation of Monetary Sanctions, Record Doc. No. 448

O R D E R E D:

 XXX : DISMISSED AS MOOT. David M. Korn, counsel for movants, has advised the court that the defendants have reached an agreement with plaintiffs concerning the referenced issue, and the motion is moot.

New Orleans, Louisiana, this   2nd   day of July, 2013.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE