UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISIDRO BARICUATRO, JR. ET AL. | CIVIL ACTION |
| VERSUS | NO. 11-2777 |
| INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC. ET AL. | SECTION "N" (2) |

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  Defendants' Motion for Taxation of Monetary Sanctions, Record Doc. No. 507

O R D E R E D:

 XXX : DISMISSED AS MOOT. David M. Korn counsel for movants, has advised the court (by letter filed separately in the record) that a settlement has been reached in connection with the referenced motion, and the motion is therefore moot.

New Orleans, Louisiana, this    1st    day of October, 2013.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE