# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISIDRO BARICUATRO, JR., et al., individually and on behalf of all persons similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC., et al.,<br><br>        Defendants. | **CLASS ACTION/COLLECTIVE ACTION**<br><br>Civil Action No.: 2:11-cv-02777-KDE-JCW<br><br>**PROPOSED ORDER ON CONSENT MOTION FOR DISMISSAL**<br><br>District Judge Section "N":   Judge Kurt D. Engelhardt<br><br>Mag. Judge Division 2:   Mag. Judge Joseph C. Wilkinson, Jr. |

## ORDER

Considering the Consent Motion For Dismissal;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that any and all claims asserted by plaintiffs against defendant Nilfil Paralta are dismissed, with prejudice, with each party to bear their own costs, and reserving to plaintiffs their rights against all other parties or entities whatsoever.

New Orleans, Louisiana, this  _31st_  day of October, 2013.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

629054v.1