UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISIDRO BARICUATRO, ET AL | CIVIL ACTION |
| VERSUS | NO. 11-2777 |
| INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC., ET AL | SECTION "N" (2) |

## O R D E R

Considering that the plaintiffs have dismissed their claims against Industrial Personnel and Management Services, Inc. ("IPAMS") and Nilfil Peralta (*see* Rec. Docs. 543, 544);

**IT IS ORDERED** that the motion for summary judgment filed by Nilfil Peralta **(Rec. Doc. 511)** and the motion for summary judgment filed by IPAMS **(Rec. Doc. 525)** are hereby **DENIED AS MOOT** without prejudice.

New Orleans, Louisiana, this 31st day of October, 2013.

_____
**KURT D. ENGELHARDT**
**United States District Judge**