IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISIDRO BARICUATRO, JR., et al., individually and on behalf of all persons similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC., et al.,<br><br>        Defendants. | **CLASS ACTION/COLLECTIVE ACTION**<br><br>Civil Action No.: 2:11-cv-02777-KDE-JCW<br><br>**PROPOSED ORDER ON JOINT STIPULATION OF DISMISSAL AND ORDER** |

## ORDER

Considering the foregoing Joint Stipulation of Dismissal and Order;

**IT IS HEREBY ORDERED** that the Joint Stipulation of Dismissal and Order is hereby **GRANTED**.

1. Any and all claims asserted by Plaintiffs against Defendant DNR Offshore and Crewing Services, Inc. are hereby dismissed, with prejudice, with each party to bear their own fees costs, and reserving to plaintiffs their rights against all other parties or entities whatsoever;

2. Any and all claims asserted by Plaintiffs against Defendant Thunder Enterprises, Inc. are hereby dismissed, with prejudice, with each party to bear their own fees and costs, and reserving to Plaintiffs their rights against all other parties or entities whatsoever;

3. Any and all claims asserted by Plaintiffs against Defendant V Manpower Philippines, Inc., are hereby dismissed, with prejudice, with each party to bear their own fees and

costs, and reserving to Plaintiffs their rights against all other parties or entities whatsoever;

4. Any and all claims asserted by Plaintiffs against Defendant V People Manpower Philippines, Inc. are hereby dismissed, with prejudice, with each party to bear their own fees and costs, and reserving to Plaintiffs their rights against all other parties or entities whatsoever;

5. Any and all claims asserted by Plaintiffs against Defendant Pacific Ocean Manning, Inc. are hereby dismissed, with prejudice, with each party to bear their own fees and costs, and reserving to Plaintiffs their rights against all other parties or entities whatsoever;

6. Plaintiffs' claims pursuant to the Trafficking Victims Protection Reauthorization Act of 2003, inclusive of any and all claims pursuant to 18 U.S.C. §§ 1581-97, against Defendants Grand Isle Shipyard, Inc., D&R Resources, LLC, Mark Pregeant, Randolph Malagapo, and Danilo N. Dayao, are hereby dismissed, with prejudice, with each party to bear their own fees and costs, and reserving to Plaintiffs their rights against all other parties or entities whatsoever;

7. Plaintiffs' 18 U.S.C. § 1981 (Violation of Civil Rights Act of 1866) claims against Defendants D&R Resources, LLC, Randolph Malagapo, and Danilo N. Dayao are dismissed, with prejudice, with each party to bear their own fees and costs, and reserving to Plaintiffs their rights against all other parties or entities whatsoever;

8. Plaintiffs' 18 U.S.C. § 1985 (Violation of The Klu Klux Klan Act of 1871) claims against Defendants Grand Isle Shipyard, Inc., D&R Resources, LLC, Mark Pregeant, Randolph Malagapo, and Danilo N. Dayao are hereby dismissed, with prejudice, with each party to

bear their own fees and costs, and reserving to Plaintiffs their rights against all other parties or entities whatsoever;

9. Plaintiffs' claims for Intentional Infliction of Emotional Distress against Defendants Grand Isle Shipyard, Inc., D&R Resources, LLC, Mark Pregeant, Randolph Malagapo, and Danilo N. Dayao are hereby dismissed, with prejudice, with each party to bear their own fees and costs, and reserving to Plaintiffs their rights against all other parties or entities whatsoever;

10. Plaintiffs' claims for Negligent Infliction of Emotional Distress against all non-employer Defendants are hereby dismissed, with prejudice, with each party to bear their own fees and costs, and reserving to Plaintiffs their rights against all other parties or entities whatsoever;

11. It is further hereby ordered that Plaintiffs' expert disclosure and reports shall be due on January 3, 2014, that Defendants' expert disclosures and reports shall be due on February 3, 2014, that the parties' trial witness and exhibit lists shall be due on February 21, 2014, and that the discovery cut off shall be February 21, 2014. This extension of deadlines is subject to the Court's approval, and shall not affect the currently scheduled trial date, pre-trial conference, or any other pre-trial deadlines.

New Orleans, Louisiana, this __2nd__ day of December, 2013.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE