UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISIDRO BARICUATRO, ET AL | CIVIL ACTION |
| VERSUS | NO. 11-2777 |
| INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC., ET AL | SECTION "N" (2) |

**O R D E R**

Considering the parties' stipulated dismissal of certain claims (Rec. Docs. 564, 566);

**IT IS ORDERED** that the following motions are hereby **DENIED AS MOOT**:

1) The Motion for Partial Summary Judgment **(Rec. Doc. 444)**, filed by defendants D&R Resources, LLC, Danilo N. Dayao, Randolf Malagapo, Grand Isle Shipyard, Inc., Thunder Enterprises, Inc., Mark Pregeant, II, DNR Offshore and Crewing Services, Inc., Industrial Personnel and Management Services, Inc., and Nilfil Peralta, seeking dismissal of plaintiffs' claims under the Trafficking Victims Protection Act of 2003 ("TVPA"), 18 U.S.C. § 1589 *et seq.*;

2) The Motion for Summary Judgment filed by Thunder Enterprises, Inc. **(Rec. Doc. 548)**; and

3) The Motion for Partial Summary Judgment **(Rec. Doc. 549)**, filed by defendants D&R Resources, LLC, Danilo N. Dayao, and Randolf Malagapo, seeking dismissal of plaintiffs' claims under 42 U.S.C. § 1981.

New Orleans, Louisiana, this 4th day of December, 2013.

_____
**KURT D. ENGELHARDT**
**United States District Judge**