UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISIDRO BARICUATRO, ET AL | CIVIL ACTION |
| VERSUS | NO. 11-2777 |
| INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC., ET AL | SECTION "N" (2) |

**O R D E R**

Considering the parties' stipulated dismissal of certain claims (Rec. Docs. 567);

**IT IS ORDERED** that the Motion for Summary Judgment **(Rec. Doc. 552)**, filed by defendant Mark Pregeant, II, is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 4th day of December, 2013.

_____
**KURT D. ENGELHARDT**
**United States District Judge**