IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISIDRO BARICUATRO, JR., et al., individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC., et al.,<br><br>Defendants. | CLASS ACTION/COLLECTIVE ACTION<br><br>Civil Action No.: 2:11-cv-02777-KDE-JCW<br><br>PROPOSED ORDER ON SUPPLEMENTAL JOINT STIPULATION OF DISMISSALS AND ORDER |

## ORDER

Considering the foregoing Supplemental Joint Stipulation of Dismissals and Order;

**IT IS HEREBY ORDERED** that the Supplemental Joint Stipulation of Dismissals and Order is hereby **GRANTED**.

1. Plaintiffs' 18 U.S.C. § 1962(c) claim, pursuant to the Racketeering Influenced and Corrupt Organization Act ("RICO"), against Defendant Mark Pregeant, II, is hereby dismissed, with prejudice, with each party to bear their own fees and costs, and reserving to Plaintiffs their rights against all other parties or entities whatsoever;

2. Plaintiffs' 18 U.S.C. § 1962(d) claims, pursuant to the Racketeering Influenced and Corrupt Organization Act ("RICO"), against Defendant Mark Pregeant, II, is hereby dismissed, with prejudice, with each party to bear their own fees and costs, and reserving to Plaintiffs their rights against all other parties or entities whatsoever;

3. Plaintiffs' 18 U.S.C. § 1981 (Violation of Civil Rights Act of 1866) claim against Defendant, Mark Pregeant, II, is hereby dismissed, with prejudice, with each party to bear their own fees and costs, and reserving to Plaintiffs their rights against all other parties or entities whatsoever;

4. Considering that all claims have now been dismissed against Defendant Mark Pregeant, II, by Plaintiffs, Defendant, Mark Pregeant, II is hereby dismissed as a Defendant in this case, with prejudice, with each party to bear their own fees and costs, and reserving to Plaintiffs their rights against all other parties or entities whatsoever;

New Orleans, Louisiana, this __4th__ day of December, 2013.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE