IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ISIDRO BARICUATRO, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2777** |
| **INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC., ET AL.** | **SECTION "N"**<br>**JUDGE KURT D. ENGELHARDT** |
| | **MAG. DIV. (2)**<br>**JUDGE JOSEPH C. WILKINSON, JR.** |

## ORDER

Considering the foregoing Joint Stipulation of Dismissal and Order;

**IT IS HEREBY ORDERED** that the Joint Stipulation of Dismissal and Order is hereby **GRANTED.**

1. Plaintiffs' 18 U.S.C. § 1962(c) claim, pursuant to the Racketeer Influenced and Corrupt Organization Act ("RICO"), against Defendants, Grand Isle Shipyard, Inc., D&R Resources, LLC, Randolf Malagapo, and Danilo Dayao, is hereby dismissed, with prejudice, with each party to bear their own fees and costs, and reserving to Plaintiffs their rights against all other parties or entities whatsoever;

2. Plaintiffs' 18 U.S.C. § 1962(d) claims, pursuant to the Racketeer Influenced and Corrupt Organization Act ("RICO"), against Defendants, Grand Isle Shipyard, Inc., D&R Resources, LLC, Randolf Malagapo, and Danilo Dayao, is hereby dismissed, with prejudice, with each party to bear their own fees and costs, and reserving to Plaintiffs their rights against all other parties or entities whatsoever;

3. Plaintiffs' 42 U.S.C. § 1981 (Violation of Civil Rights Act of 1866) claim against Defendant, Grand Isle Shipyard, Inc., is hereby dismissed, with prejudice by the following Plaintiffs: Arnel Bautista Salalila; Angelo Clarete; Romulo Magpantay; Victor

Caringal; Roderick Aguirre; and Rodel Leona Eje, with each party to bear their own fees and costs, and reserving to Plaintiffs their rights against all other parties or entities whatsoever.

New Orleans, Louisiana, this 21st day of _____ January _____, 2014.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**