UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISIDRO BARICUATRO, ET AL | CIVIL ACTION |
| VERSUS | NO. 11-2777 |
| INDUSTRIAL PERSONNEL AND<br>MANAGEMENT SERVICES, INC., ET AL | SECTION "N" (2) |

**O R D E R**

A status conference was held on June 10, 2014, in the above-captioned matter. Participating were: (1) David Korn, Mary Jo Roberts, and Lexy Butler for defendant Grand Isle Shipyard, Inc.; (2) Larry Demmons for defendants D&R Resources, LLC, Randolf Malgapo, and Danilo Dayao; and (3) Pete Schneider, Joe Peiffer, and David Abdullah for the plaintiffs.

**IT IS ORDERED** that the trial plan in this matter shall be as follows:

1) The claims in this matter shall be tried in flights of 8 to 10 plaintiffs per trial, with all claims of such designated plaintiffs being adjudicated in the same trial;

2) Each such trial shall be completed to verdict in five (5) days. The fifth day shall be reserved for closing arguments, jury instruction, and jury deliberation. Jury selection and opening statements are usually completed by 11:00 a.m. on the first day of trial.

3) Simultaneously with the Final Pretrial Order for each such trial, the parties shall submit a joint detailed trial plan, which shall designate time allotments for each will-call witness, specifying the time allotted for direct examination, cross examination, and rebuttal examination of each such witness.

4) The parties shall file into the record by **Friday, June 13, 2014** a joint designation of those 8 to 10 plaintiffs whose claims will be tried on August 11, 2014, failing which, the Court shall designate such plaintiffs;

5) A second trial shall commence on **December 1, 2014** at **8:30 a.m.**, with a final pretrial conference to be held on **November 20, 2014** at **11:00 a.m.**;

6) A third trial shall commence on **February 2, 2015** at **8:30 a.m.**, with a final pretrial conference to be held on **January 22, 2015** at **10:30 a.m.**;

7) The parties shall file into the record by **Friday, June 20, 2014** a joint designation of those 8 to 10 plaintiffs whose claims will be tried on December 1, 2014, and those 8 to 10 plaintiffs whose claims will be tried on February 2, 2015, failing which, the Court shall designate such plaintiffs; and

8) For each trial, counsel shall confer and work diligently to reach stipulations that may streamline the issues to be tried.

**IT IS FURTHER ORDERED** that the defendant's Motion to Decertify FLSA Collective Action (**Rec. Doc. 589**) is hereby **DENIED**, for substantially the reasons set forth in the plaintiffs' opposition memoranda (Rec. Doc. 624-1).

**IT IS FURTHER ORDERED** that the defendant's Motion for Partial Summary Judgment

on Fair Labor Standards Act Claims **(Rec. Doc. 647)** is hereby **DENIED**.  It is replete on its face with genuine disputes of material fact.  The defendants may file no later than  **Tuesday, June 17, 2014**  a succinct motion for partial summary judgment limited to the issue of prescription.

New Orleans, Louisiana, this 11th day of June, 2014.

**KURT D. ENGELHARDT**
**United States District Judge**