UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ISIDRO BARICUATRO, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2777** |
| **INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC., ET AL.** | **SECTION "N"** <br> **JUDGE KURT D. ENGELHARDT** |
| | **MAG. DIV. (2)** <br> **JUDGE JOSEPH C. WILKINSON, JR.** |

### JOINT DESIGNATION OF PLAINTIFFS FOR SECOND AND THIRD TRIALS

NOW INTO COURT, through undersigned counsel, and pursuant to this Court's June 11, 2014 Order (Rec. Doc. 672), all Plaintiffs and all remaining Defendants jointly designate the following Claimants whose claims will be tried before this Court on December 1, 2014 ("Second Trial") and February 2, 2015 ("Third Trial"):

**December 1, 2014 Trial Claimants**:

1. Roderick Aguirre
2. Victor Caringal
3. Angelo Clarete
4. Roy Cuyag
5. Ramil Guevarra
6. Ranel Lamoste
7. Noel Mallari
8. Erwin Realin

PD.11687696.1

**February 2, 2015 Trial Claimants**:

1. Bienvenido Cruzat
2. Rodel Eje
3. Angelo Nalzaro
4. Arnel Quimado
5. Josue Rabadan
6. John Sahagun
7. Christopher Sedano
8. Teofilo Tamayo

    Respectfully submitted,

    **SCHNEIDER WALLACE COTTRELL KONECKY, LLP**

    */s/ Peter B. Schneider*
Peter B. Schneider (pro hac vice)
Todd M. Schneider (pro hac vice)
Guy B. Wallace (pro hac vice)
Carolyn H. Cottrell (pro hac vice)
Matthew D. Carlson (pro hac vice)
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
pschneider@schneiderwallace.com
tschneider@schneiderwallace.com
gwallace@schneiderwallace.com
ccottrell@schneiderwallace.com
mcarlson@schneiderwallace.com

**PEIFFER, ROSCA, ABDULLAH & CARR, L.L.C.**

*/s/ Joseph C. Peiffer*
Joseph C. Peiffer (LA Bar No. 26459)
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana 70170
Telephone: (504) 523-2434
Facsimile: (504) 523-2464
jpeiffer@praclawfirm.com

**AND**

**PHELPS DUNBAR LLP**

/s/ *David M. Korn*
DAVID M. KORN, T.A. (#21676)
MARYJO L. ROBERTS (#30692)
ALEXIS A. BUTLER (#32376)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
E-mail:kornd@phelps.com
robertsm@phelps.com
butlerl@phelps.com

**ATTORNEYS FOR DEFENDANT, GRAND ISLE SHIPYARD, INC.**

**AND**

**THE DEMMONS LAW FIRM, LLC**

/s/ *Larry E. Demmons*
LARRY E. DEMMONS (#24376)
3300 West Esplanade Avenue, Suite 601
Metairie, Louisiana 70002
Telephone: (504)-296-6417
Facsimile: (504)-335-0749
E-mail: larry@demmonslaw.com

**COUNSEL FOR DEFENDANTS, D&R RESOURCES, LLC, RANDOLF MALAGAPO AND DANILO DAYAO**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                        */s/Larry E. Demmons*