UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ISIDRO BARICUATRO, ET AL                               CIVIL ACTION

VERSUS                                                 NO. 11-2777

INDUSTRIAL PERSONNEL AND MANAGEMENT                    SECTION "N" (2)
SERVICES, INC., ET AL

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that these actions, including <u>all</u> trials, be and are hereby dismissed without costs and without prejudice to the right, upon good cause shown within ninety days, to reopen the action if settlement is not consummated. The court retains jurisdiction to enforce the compromise agreed upon by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 23rd day of July, 2014.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE