UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
*******************************************
ISIDRO BARICUATRO, ET AL.              *     CIVIL ACTION NO.: 11-2777
                                       *
VERSUS                                 *
                                       *     JUDGE: ENGELHARDT
INDUSTRIAL PERSONNEL AND               *
MANAGEMENT SERVICES, INC. ET AL.       *
                                       *     MAGISTRATE: WILKINSON
*******************************************
```

## ORDER

Considering the Joint Motion for Approval of Confidential Settlement Agreement filed by the Parties,

IT IS ORDERED that this Motion is GRANTED. IT IS FURTHER ORDERED that the Parties have 180 days from entry of this Order to finalize the Confidential Settlement Agreement.

New Orleans, Louisiana this 5th day of December 2014.

_____
U.S. DISTRICT JUDGE, KURT D. ENGELHARDT