UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISIDRO BARICUATRO, JR. ET AL. | CIVIL ACTION |
| VERSUS | NO. 11-2777 |
| INDUSTRIAL PERSONNEL AND MANAGEMENT SERVICES, INC. ET AL. | SECTION "N" (2) |

## ORDER

The captioned case was dismissed by order of the presiding district judge on July 23, 2014. Record Doc. No. 686. Accordingly, as requested by Jeanette Donnelly, counsel for plaintiffs, in camera documents previously produced by plaintiffs to the court in response to its May 29, 2013 order, Record Doc. No. 422, will be shredded and destroyed.

New Orleans, Louisiana, this __20th__ day of July, 2016.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE